IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ENANDER GIANNINI,<br><br>　　　　　Petitioner,<br><br>v.<br><br>RANDY L. TEWS, Warden,<br><br>　　　　　Respondent. | Case Nos.: C 13-2308 CW (PR)<br>　　　　　　CR 02-40039 CW<br><br>ORDER DIRECTING CLERK TO RECATEGORIZE CASE AND FILE MOTION TO VACATE IN CR 02-40039 CW. |

　　On May 21, 2013, this case erroneously was opened as a habeas corpus action when Petitioner, a federal prisoner, filed a pro se petition challenging the validity of her federal criminal conviction.  The case should have been opened as a motion to vacate the judgment and sentence, brought pursuant to 28 U.S.C. § 2255.  Accordingly, the Clerk of the Court is hereby directed to RECATEGORIZE this case from a habeas corpus action (NOS 530) to a motion to vacate (NOS 510) and, because such motion must proceed in Petitioner's criminal case, to file the motion to vacate in United States of America v. Giannini, CR 02-40039 CW.

　　IT IS SO ORDERED.

Dated:  5/31/2013

　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE